[No. 2743–3.   Division Three.   April 28, 1978.]

*In the Matter of the Personal Restraint of*
MONTY EDWARD TRIPLETT, *Petitioner.*

Appeal from a judgment of the Superior Court for Yakima County, No. 77–1–00090–5, Bruce P. Hanson, J., entered February 15, 1977. *Dismissed* by unpublished per curiam opinion.

[No. 4756–1.   Division One.   May 1, 1978.]

JEANETTE MARGARET WILDER, *Respondent,* v. LARRY EUGENE WILDER, *Appellant.*

Appeal from a judgment of the Superior Court for Island County, No. 7589, Howard A. Patrick, J., entered May 12, 1976. *Affirmed* by unpublished per curiam opinion.

[No. 5092–1.   Division One.   May 1, 1978.]

WALTER H. GRIGGS, ET AL, *Appellants,* v. AVERBECK REALTY, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 719709, Frank D. Howard, J., entered September 22, 1976. *Reversed* by unpublished opinion per Ringold, J., concurred in by Williams and Callow, JJ.

[No. 5171–1.   Division One.   May 1, 1978.]

TEDDY RAYMOND SHARP, *Appellant,* v. THE DEPARTMENT OF MOTOR VEHICLES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 795202, Eugene G. Cushing, J. Pro Tem., entered October 18, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Farris, C.J., and Williams, J.